ANNA M. CONDON and Others, Respondents, v. THE STATE OF NEW YORK,

Appellant.— Judgment unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.